Carl A. Leaf, plaintiff in error, v. Richard Guthman, defendant in error. Gen. No. 35,923.

Opinion filed July 13, 1932.
John E. Erickson, for plaintiff in error. No appearance for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.

Seng Terminal Warehouse Company, Inc., appellee, v. Briar Products Company, Inc., appellant. Gen. No. 35,941.

Opinion filed July 13, 1932.
Edward N. Sherburne, for appellant. No appearance for appellee.
Mr. Justice Matchett delivered the opinion of the court.

M. Grusin, trading as M. Grusin Investment Company, appellee, v. John W. Barnes, appellant. Gen. No. 35,950.

Opinion filed July 13, 1932. Rehearing denied July 25, 1932.
Sumner C. Palmer, for appellant. David G. Falk, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Raymond Hall, plaintiff in error. Gen. No. 35,996.

Opinion filed July 13, 1932.
W. G. Anderson, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.